No. 23-3279

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Jun 5, 2023
DEBORAH S. HUNT, Clerk

MOURICE NEAL EL,                                )
                                                )
    Plaintiff-Appellant,                        )
                                                )
v.                                              )     O R D E R
                                                )
BETH A. TISCHLER,                               )
                                                )
    Defendant-Appellee.                         )

Before: LARSEN, Circuit Judge.

Mourice Neal El, a pro se Ohio plaintiff, appeals the district court's judgment dismissing his civils rights complaint upon initial screening under 28 U.S.C. § 1915(e). Neal El moves the court to proceed in forma pauperis (IFP) on appeal.

Neal El filed a 42 U.S.C. § 1983 complaint against Sandusky County prosecutor Beth A. Tischler, claiming that Tischler "violate[d] her legal obligation of a contract of employment," "neglected to honor the rule of the court," and violated her oath of office because she did not dismiss an allegedly untimely indictment against him for failing to register as a sex offender. Neal El sought $250 trillion in damages and removal of his name from the sex offender registry.

The district court granted Neal El leave to proceed IFP and then screened his complaint to determine whether it was subject to dismissal under § 1915(e)(2) for failure to state a claim. The court concluded that abstention under *Younger v. Harris*, 401 U.S. 37 (1971), was appropriate because the criminal case against Neal El was still pending in state court. Alternatively, the court concluded that Tischler was entitled to prosecutorial immunity from suit because her allegedly wrongful conduct occurred in the course of representing the State of Ohio in a criminal prosecution against Neal El. The court therefore dismissed Neal El's complaint.

No. 23-3279
- 2 -

Neal El has no non-frivolous argument that the district court committed an error in concluding that prosecutorial immunity bars his claims against Tischler. *See Neitzke v. Williams*, 490 U.S. 319, 327-28 (1989); *Imbler v. Pachtman*, 424 U.S. 409, 431 (1976). As a result, dismissal of the case was appropriate because Neal El sought monetary relief from a defendant who is immune from such relief. *See* 28 U.S.C. § 1915(e)(2)(B)(iii); *Buckley v. Fitzsimmons*, 509 U.S. 259, 269 (1993); *Imbler*, 424 U.S. at 431. Additionally, dismissal of the case for failure to state a claim was appropriate because Neal El asserted only non-cognizable state-law violations against Tischler. *See* 28 U.S.C. § 1915(e)(2)(B)(ii); *Michael v. Ghee*, 498 F.3d 372, 375 (6th Cir. 2007).

For these reasons, the court **DENIES** Neal El's motion to appeal IFP. Unless Neal El pays the $505 filing fee to the district court within 30 days of the entry of this order, this appeal will be dismissed for want of prosecution.

ENTERED BY ORDER OF THE COURT

Deborah S. Hunt, Clerk